**ROANNE L. MANN**  **DATE:** June 16, 2022
**UNITED STATES MAGISTRATE JUDGE**  **START:** 12:20 p.m.
  **END:** 12:36 p.m.

**DOCKET NO:** 21-cv-4262-RLM

**CASE**  Melendez Hernandez v. Tia Julia Food Corp. et al

☐ INITIAL CONFERENCE      X OTHER/*CHEEKS* HEARING
☐ DISCOVERY CONFERENCE    ☐ FINAL/PRETRIAL CONFERENCE
☐ SETTLEMENT CONFERENCE   X TELEPHONE CONFERENCE
☐ MOTION HEARING          ☐ INFANT COMPROMISE HEARING

| **PLAINTIFF** | **ATTORNEY** |
|---|---|
|  | William Kevin Oates with plaintiff and Ashley Luna (interpreter) |

| **DEFENDANTS** | **ATTORNEY** |
|---|---|
|  | Felicia Sue Ennis |

☐ **FACT DISCOVERY TO BE COMPLETED BY** _____
☐ **SETTLEMENT CONFERENCE SCHEDULED FOR** _____
☐ **JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY** _____
☐ **PL. TO SERVE DEF. BY:**_____**DEF. TO SERVE PL. BY:**_____

**RULINGS:  PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

The Court conducts a telephonic *Cheeks* hearing.  After reviewing the parties' initial *Cheeks* submissions (DE #23), the Court identified several issues with the settlement agreement, and proposed certain amendments to Sections 9 and 11 thereof, as set forth in its 6/6/22 Order.  The parties consented to these amendments both in their 6/8/22 Letter (DE #25) and on the record during the hearing.  Based on these discussions and the Court's review of the *Cheeks* submissions, the Court concludes that the settlement is fair and reasonable and was reached following arms-length negotiations between the parties.  The Court therefore approves the parties' motion for settlement approval, as revised by the modifications to Sections 9 and 11.  The parties have submitted an executed Stipulation of Discontinuance (DE #23-1 at pp. 9-10), which will be signed and so-ordered by the Court.